U.S. District Court Web PACER (v2.4) Docket Report  
Case 1:04-cv-R0324 Document 10-2    Filed 02/17/2004    Page 1 of 3    Page 1 of 3  
Docket as of November 18, 2003 9:43 pm    Web PACER (v2.4)

# U.S. District Court

## Southern District of Mississippi (Western)

## CIVIL DOCKET FOR CASE #: 03-CV-466

### Johnson v. Mutual Life Ins. Co., et al

Filed: 09/23/03  
Assigned to: Judge David C. Bramlette, III  
Jury demand: Plaintiff  
Demand: $0,000  
Nature of Suit: 110  
Lead Docket: None  
Jurisdiction: Diversity  
Dkt # in Warren Circuit : is 03-0136-CI  
Cause: 28:1441 Notice of Removal-Insurance Contract

---

| | |
|---|---|
| JAMES ROY ARVELL JOHNSON<br>    plaintiff | Joseph L. Tucker<br>[COR NTC]<br>JACKSON & SHUTTLESWORTH, P.C.<br>2229 First Avenue North<br>Birmingham, AL 35203<br>205/252-3535<br><br>Eric David Bonner<br>[COR LD NTC]<br>MANN, COWAN, & POTTER, P.C.<br>2000-B Southbridge Parkway,<br>Suite 601<br>Birmingham, AL 35209<br>205/879-9661 |
| v. | |
| THE MUTUAL LIFE INSURANCE<br>COMPANY OF NEW YORK, a<br>corporation<br>    defendant | W. Wayne Drinkwater, Jr.<br>[COR]<br>Stephen Lee Thomas<br>[COR]<br>Jeffrey R. Blackwood<br>[COR LD NTC]<br>BRADLEY, ARANT, ROSE & WHITE,<br>LLP<br>P.O. Box 1789<br>Jackson, MS 39215-1789<br>601/948-8000 |
| RUTH ANN MYERS<br>    defendant | Roy A. Smith, Jr.<br>[COR LD NTC]<br>Tara Strickland Clifford<br>[COR] |

```
                          DANIEL, COKER, HORTON & BELL

                          P.O. Box 1084
                          Jackson, MS 39215-1084
                          (601) 969-7607

JOHN DOES, A through Z
    defendant
```

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 9/23/03 | 1 | NOTICE OF REMOVAL by defendant Mutual Life Ins. Co. with copies of complaint, summons, etc.; FILING FEE $ 150.00 RECEIPT # 61664 ; Notice of Assignment mailed. (thr) [Entry date 09/24/03] |
| 9/23/03 | -- | Case assigned to Pending Track - designation of appropriate track will be made after Case Management Conference and a final track assignment. (thr) [Entry date 09/24/03] |
| 9/23/03 | -- | Magistrate Judge Assignment   James C. Sumner (thr) [Entry date 09/24/03] |
| 9/23/03 | 1 | DEMAND FOR JURY TRIAL by plaintiff James Roy Arvell Johnson (thr) [Entry date 09/24/03] |
| 9/25/03 | -- | Letter to Clerk, MDL, with docket entries and complaint/notice of removal. Copies to counsel. (ddc) [Entry date 09/25/03] |
| 9/26/03 | 2 | MOTION by defendant Mutual Life Ins. Co. to Stay pending decision by MDL (lwe) [Entry date 09/26/03] |
| 9/30/03 | 3 | ORDER granting [2-1] motion to Stay proceedings pending MDL decision. ( signed by Magistrate Judge James C. Sumner ); copies mailed. (ddc) [Entry date 09/30/03] |
| 9/30/03 | -- | Case assigned to Suspension Track. (ddc) [Entry date 09/30/03] |
| 9/30/03 | 4 | ORDER granting [2-1] motion to Stay proceedings pending MDL decision; parties to inform court of decision rendered by JPML w/in 5 days of receipt of the decision. ( signed by Magistrate Judge James C. Sumner ); copies mailed. (ddc) [Entry date 09/30/03] |
| 9/30/03 | -- | Case assigned to Suspension Track. (ddc) [Entry date 09/30/03] |
| 10/9/03 | 5 | ANSWER to Complaint by defendant Ruth Ann Myers   (Attorney |

```
                    Roy A. Smith Jr., Tara Strickland Clifford) (lwe)
                    [Entry date 10/09/03]

10/14/03  6         MOTION by plaintiff James Roy Arvell Johnson to Remand (pkm)
                    [Entry date 10/15/03]

10/14/03  7         RESPONSE  by plaintiff James Roy Arvell Johnson to [2-1]
                    motion to Stay by defendant  and CROSS-MOTION, for
                    Reconsideration of [4-1] order to stay, [3-1] order to stay
   (pkm) [Entry date 10/15/03]

10/30/03  8         RESPONSE by defendant Mutual Life Ins. Co. in opposition to
                    [7-2] motion to reconsider, (pkm) [Entry date 10/30/03]

11/10/03  9         ORDER denying [7-2] motion to reconsider  ( signed by
                    Magistrate Judge James C. Sumner ); copies mailed. (lwe)
                    [Entry date 11/10/03]
```

## Case Flags:
## JCS
## JURY
## CJRASU

## END OF DOCKET: 5:03cv466

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/17/2004 11:30:35 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 5:03cv00466 |
| Billable Pages: | 4 | Cost: | 0.28 |